PROB 12A
(Rev.5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Bernard Stanton</u>          Case Number: <u>3:12-00018-01</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, United States District Judge</u>

Date of Original Sentence: <u>November 15, 2012</u>

Original Offense: <u>18 U.S.C. §§ 1343, and 2, Wire Fraud; 18 U.S.C. §§ 1344, and 2, Bank Fraud</u>

Original Sentence: <u>38 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>November 7, 2014</u>

Assistant U.S. Attorney: <u>Sandra Moses</u>          Defense Attorney: <u>Unassigned</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 2nd day of Dec., 2014,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
Eric Illarmo
U.S. Probation Officer

Place     Nashville, Tennessee

Date      December 2, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
| --- | --- |

1. **The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Court.**

   The defendant violated this condition as evidenced by four positive drug screens.

   The defendant was released from imprisonment on November 7, 2014; however, he did not report to the probation office until November 10, 2014. On that date, the defendant submitted a urine sample which tested positive for the use of marijuana. He denied using marijuana while on supervision, explaining that he used the substance prior to his release.

   On November 19, 2014, the defendant, again, tested positive for marijuana use. He denied any new use and explained that the substance was still in his system from October 31, 2014.

   On November 25, 2014, the defendant tested positive for marijuana and cocaine. He denied any recent use of marijuana, but he admitted to using cocaine on November 23, 2014. He explained that he was upset because it was the anniversary of his grandmother's death. He stated he obtained one half gram of powdered cocaine for $15 and used the substance in his residence while alone.

   On December 1, 2014, the defendant, again, tested positive for marijuana and cocaine. He initially denied using any drugs since his last test. He later admitted to using powdered cocaine on November 29, 2014. He stated he, again, bought and used $15 worth of powdered cocaine.

2. **The defendant shall not commit another federal, state, or local crime.**

   The defendant violated this condition as evidenced by a citation for Driving on Suspended License, on November 12, 2014.

   On November 24, 2014, during a conversation with the probation officer, the defendant admitted that he was driving without a license at the time of his citation.

3. **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

   The defendant violated this condition in that he failed to report his contact with law enforcement officers at the time of his citation on November 12, 2014.

4. **<u>The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.</u>**

   The defendant violated this condition as evidenced by his citation for Driving on Suspended License, on November 12, 2014. The citation indicated that the defendant was driving a vehicle registered to Castillius M. Jenkins who was convicted of Sale of a Controlled Substance- Cocaine, Less Than .5 Grams, a felony, on October 29, 2010. On December 2, 2014, the defendant admitted that he was aware of Mr. Jenkins' felony conviction and that he did not have permission to associate with him.

## Compliance with Supervision Conditions and Prior Interventions:
Mr. Stanton began his term of supervised release on November 7, 2014. Mr. Stanton is currently employed by Express Staffing.

Based on the defendant's admitted drug use, he was referred for substance abuse treatment at Centerstone Mental Health in Madison, Tennessee. The defendant's mother was informed of the defendant's recent violations, and she agreed to ensure the defendant's compliance with treatment.

## U.S. Probation Officer Recommendation:
It is recommended that the defendant be continued on supervised release with no further action taken at this time. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer