# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-cr-00018-1 |
| | ) | Judge Trauger |
| BERNARD STANTON | ) | |
| | ) | |

**O R D E R**

It is hereby ORDERED that a further hearing on the Third Superseding Petition to Revoke Supervision (Docket No. 261) shall be held on Tuesday, May 31, 2016 at 4:00 p.m.

It is so **ORDERED**.

ENTER this 20th day of May 2016.

_____
ALETA A. TRAUGER
U.S. District Judge